James S. Coon
OSB#: 77145
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: jcoon@tcnf.legal

Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: ssell@tcnf.legal

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER M. MYERS, | Case No.: 3:19-cv-00536-AA |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

Based on the Plaintiff's motion, it is hereby ORDERED that attorney fees in the amount of $3,947.82 will be awarded to Plaintiff in care of his attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to his attorney, Scott A. Sell, at Mr. Sell's address: 820 SW 2nd Ave Ste 200, Portland OR

97204. Payment may be made by check or electronic fund transfer. There are no costs or expenses.

Dated this 7th day of October, 2021.

          /s/Ann Aiken
United States District Judge

Presented by:

Scott A. Sell
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff

James S. Coon
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff