Scott A. Sell, OSB# 144297
Thomas, Coon, Newton & Frost
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Phone: 503-228-5222
Fax: 503-273-9175
Email: ssell@tcnf.legal
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER M. MYERS,<br><br>　　　　Plaintiff<br>　　v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | CV #: 3:19-cv-00536-AA<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |

　　　　It is hereby ORDERED that attorneys' fees in the amount of $32,300.00 from Plaintiff's past-due benefits are awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Plaintiff has been awarded attorney fees in the amount of $3,947.82 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Thus, Plaintiff's attorney is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $ 32,300.00  (or 25% of Plaintiff's past-due benefits, whichever is less) and counsel may retain the $3,947.82 in fees previously awarded under the Equal Access Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $28,352.18 due to counsel. In accordance with agency policy, when issuing the section 406(b) check for payment to Plaintiff's attorney, the agency is directed to pay counsel $28,352.18, minus any applicable processing fees as allowed by statute.

Dated this  24th  day of  __October__ , 2023.　　　　 /s/Ann Aiken_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ann Aiken
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge